JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SHIKEB SADDOZAI,<br><br>Plaintiff,<br><br>v.<br><br>P. BIRDSONG et al.,<br><br>Defendants. | Case No. ED CV 20-01010-DOC (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that this action is dismissed without prejudice.

Date:   December 2, 2020

_____
DAVID O. CARTER
United States District Judge